IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES RANDY SCOTT                                    PLAINTIFF

v.                     No. 4:22-cv-516-DPM

CITY OF SHERWOOD, ARKANSAS;
STEPHEN COBB, Individually and in
his Official Capacity; SHEILA
REYNOLDS, Individually and in her
Official Capacity                              DEFENDANTS

### ORDER

Motion, *Doc. 23*, granted as modified. In general, the pendency of a motion to dismiss does not justify a stay of discovery. But, the defendants' motion presents a pure issue of law and has been ripe for more than three months. The issue is a bit complicated and may be dispositive. And the Court is behind in handling motions. In the circumstances, the Court extends the defendants' deadline to respond to the pending discovery until 23 December 2022. And the Court will do its best to rule on the motion to dismiss soon so that, if the case proceeds, there will be no further delay.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 November 2022