IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES RANDY SCOTT                                               PLAINTIFF

v.                          No. 4:22-cv-516-DPM

CITY OF SHERWOOD, ARKANSAS;
STEPHEN COBB, Individually and in
his Official Capacity;  and SHEILA
REYNOLDS, Individually and in her
Official Capacity                                             DEFENDANTS

## JUDGMENT

Scott's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2023